CAUSE No. 25441-A

| THE STATE OF TEXAS | § | In the 42ND Judicial |
|---|---|---|
| VS. | § | District Court of |
| Kody Douglas Taylor | § | Taylor County, Texas |

APPELLATE CASE # 11-14-00094-CR

## "Motion for Extension of Time, to File Petition for Discretionary Review"

Comes Now, Kody D. Taylor Defindant in said case. I Respectfully Request an Extension of Time for the Deadline of Jan. 11TH, 2015 for filing Petition for Discretionary Review on my appeal.

My Reasoning for this Request is Because of A Set-Back in Retrieving the Video Evidence of Discrediting Nature to the Confidential Informant in my Case. The Hard Drive that has the video, was Damaged and is currantly with a professional Data Extractor who is in the prosses of Retreiving the video that proves that the informant was under the influence of Methamphetamine During the time she is Refuring to in Her Statement Accusing me of Selling Her Drugs, witch this video also proves untrue Completely Discrediting Her And Her Statement proving this Case A product of illegal Search And Seizure. This video is crucial in proving my case Therefore Needed Before I present my Petition for Discretionary Review.

IN COURT OF APPEALS
ELEVENTH DISTRICT
JAN 12 2015
SHERRY WILLIAMSON, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 12 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JAN 14 2015
Abel Acosta, Clerk

WHEREFORE PREMISES CONSIDERED, DEFENDANT PRAYS THAT THIS COURT PLEASE GRANT AN EXTENSION OF TIME IN THIS DEADLINES. THANK you for your time IN THIS MATTER.

RESPECTLY SUBMITTED,

Kody Taylor

KODY D. TAYLOR #66611

*ATTN:
Kody D Taylor #66611
Taylor Co. Jail
910 S. 27th
ABILENE, TX. 79602

Kody D. Taylor #66611
910 S. 27th Taylor Co Jail
Abilene, Texas 79602

TAYLOR COUNTY
INMATE CORRESPONDENCE

07 JAN 2015 PM 1 T

ABILENE TX 795

Court of Appeals

Eleventh District of Texas
P.o. Box 271
Eastland, Texas 76448

*Legal Mail*

76448102211

